IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODNEY MANYON LANE,

    Plaintiff,

    v.

SGT. A. FRALEY, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3298-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action against the Defendants Sgts. Barley and Grady and allowing the remaining claims to proceed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as to the Defendants Sgts. Barley and Grady and is to proceed as to the remaining Defendants.

SO ORDERED, this 10 day of December, 2015.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge

T:\ORDERS\15\Lane\r&r.wpd