IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODNEY MANYON LANE,<br>GDC ID #344423,<br><br>      Plaintiff,<br><br>v.<br><br>SGTS. R. BARLEY; W. PARKER, JR.;<br>A. FRALEY; MATHES & GRADY;<br>LT. S. MCWILLIAMS; FULTON<br>COUNTY JAIL,<br><br>      Defendants. | CIVIL ACTION<br>FILE NO.<br>1:15-CV-03298-TWT-JCF |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS

COMES NOW, Defendants Sgt. Dmario Mathis (hereinafter "MATHIS"), Sgt. Scottie McWilliams (hereinafter "McWILLIAMS"), Deputy Williams Parker (hereinafter "PARKER") and former Sgt. Alan Fraley (hereinafter "FRALEY), hereinafter collectively referred to as ("Defendants"), and move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. 56.1 of the United States District Court for the Northern District of Georgia for the entry of summary judgment in Defendants favor on the grounds that there are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law.

1

In support of Defendants' Motion, Defendants rely upon the following:

1) Brief in Support of Defendants' Motion for Summary Judgment, filed contemporaneously herewith;

2) Defendants' Statement of Material Facts to Which There is No Genuine Issue to Be Tried;

3) Affidavit(s) of FRALEY, MATHIS, McWILLIAMS and custodian of records Sergeant Byron McMullen; and

4) All pleadings of record in this case.

**WHEREFORE**, Defendants pray that their motion for summary judgment be granted.

Respectfully submitted, this 21 day of October, 2016.

**OFFICE OF THE COUNTY ATTORNEY**

Patrise Perkins-Hooker
COUNTY ATTORNEY
Georgia Bar No.: 572358

Kaye W. Burwell
Deputy County Attorney
Georgia State Bar No.:775060

/s/ Jonathan Jackson_____
A. Jonathan Jackson
Georgia State Bar No.: 852077
Alfred.Jackson@fultoncountyga.gov

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0257 (Office)
(404) 730-6324 (Facsimile)

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RODNEY MANYON LANE,<br>GDC ID #344423,<br><br>      Plaintiff,<br><br>v.<br><br>SGTS. R. BARLEY; W. PARKER, JR.;<br>A. FRALEY; MATHES & GRADY;<br>LT. S. MCWILLIAMS; FULTON<br>COUNTY JAIL,<br><br>      Defendants. | CIVIL ACTION<br>FILE NO.<br>1:15-CV-03298-TWT-JCF |

## **CERTIFICATE OF SERVICE**

THIS CERTIFIES that on October 21, 2016, I have presented this document in Times Roman 14 point type, and I have electronically filed the foregoing MOTION FOR SUMAMRY JUDGMENT with the Clerk of Court using the CM/ECF system, and provide mail notification, via first class postage pre-paid, to pro se inmate Plaintiff, who is listed below.

                                        RODNEY MANYON LANE
                                        GDC ID#344423
                                        Smith State Prison
                                        P.O. Box 726
                                        Glennville, Georgia 30427

Respectfully submitted, this 21 day of October, 2016.

/s/ Jonathan Jackson
A. Jonathan Jackson
Georgia State Bar No.: 852077
Alfred.Jackson@fultoncountyga.gov

141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0257