IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODNEY MANYON LANE,

    Plaintiff,

    v.

SGT. A. FRALEY, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3298-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 52] recommending granting in part and denying in part the Defendants' Motion for Summary Judgment [Doc. 45]. The Magistrate Judge correctly applied relevant Supreme Court and Eleventh Circuit caselaw regarding the Plaintiff's excessive force claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 45] is GRANTED with respect to the Plaintiff's medical indifference claim and DENIED with respect to his excessive force claim.

SO ORDERED, this 13 day of July, 2017.


                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge